AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00270 |
| Lawrence Earl Stackhouse | ) | Assigned To : Harvey, G. Michael |
| | ) | Assign. Date : 3/2/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Lawrence Earl Stackhouse,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  03/02/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.02 11:38:52 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/2/21, and the person was arrested on *(date)* 3/4/21
at *(city and state)* Ridley Park, PA

Date: 3/4/21

*Arresting officer's signature*

Special Agent Jason Novick, FBI
*Printed name and title*