UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 21-240 (BAH) |
| LAWRENCE EARL STACKHOUSE | ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Lawrence Stackhouse, through undersigned counsel, respectfully moves this Honorable Court to continue the November 19$^h$ status conference in this case for approximately 30 days. In support of this motion, Mr. Stackhouse states as follows:

1) The government is in the process of providing a plea offer in this case.

2) Undersigned counsel needs time to review discovery and the potential plea offer with Mr. Stackhouse.

3) The government does not oppose this motion.

4) The parties agree that the exclusion of time under the Speedy Trial Act is warranted until the next hearing date.

5) The parties request that the next hearing be scheduled on December 17th at 9:00 am or at a time convenient for this Honorable Court.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 16th day of November 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender