UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 21-240 (BAH) |
| **LAWRENCE EARL STACKHOUSE** ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE
AND CONVERT TO PLEA HEARING**

Lawrence Stackhouse, through undersigned counsel, respectfully moves this Honorable Court to continue the January 28th status conference and convert it to a plea hearing on February 4th at 9:00 am. The parties have reached an agreement in this case. The government does not oppose this motion. The parties agree that excluding time under the Speedy Trial Act is warranted because the ends of justice served by the continuance outweigh the public and the Defendant's interests in a speedy trial.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 24th day of January 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender