UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 21-240 (BAH) |
| LAWRENCE EARL STACKHOUSE | ) | |

**MOTION TO VACATE HEARING**

Lawrence Stackhouse, through undersigned counsel, respectfully moves this Honorable Court to vacate the hearing on violation scheduled on September 5, 2024 at 9:30 am, for the following reasons:

1) A probation petition was filed on August 29, 2024, notifying this Honorable Court that Mr. Stackhouse had not paid $400, which remained on his fines.

2) Undersigned counsel understands that Mr. Stackhouse recently started a new commission-based job on or about June 17, 2024; that he received his first commission check on August 30, 2024; and that Mr. Stackhouse had informed his probation officer that he would pay his fines then.

3) After receiving his commission check, Mr. Stackhouse paid $390 towards his fines on August 30, 2024.  Today, Mr. Stackhouse paid the remaining balance of $10.

4) The payments are documented at Exhibit 1.

5) Mr. Stackhouse's payments will clear on September 4, 2024.

For these reasons, Mr. Stackhouse requests that the hearing on violation be vacated.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN

Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

### CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 3rd day of September 2024, I caused a copy of the foregoing Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender