AO 83 (Rev. 06/09, DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| LAWRENCE EARL STACKHOUSE | ) |
|  | ) Case No. 21-CR-240 (BAH) |
|  | ) |
| Defendant | ) |

DOB: 11/13/1987

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of Court

| Place: United States District Court<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Courtroom No.: 26A/4th Floor |
|---|---|
| | Date and Time: 09/05/2024 9:30 am |

This offense is briefly described as follows:

Hearing on Violation. See attached petition.

Date: 08/30/2024

ANGELA D. CAESAR, Clerk
BY: *[signature]*

*Issuing officer's signature*

Andriea Hill, Courtroom Deputy

*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 9/5/24

*[signature]*

*Server's signature*

Santulli, Gina

*Printed name and title*

**RECEIVED**
SEP - 6 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia